# EXHIBIT 1



http://www.kernstudios.com/custom-floats/



http://www.kernstudios.com/outdoor-advertising/