# EXHIBIT 2



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email:  caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 31 March 2020         Your ID: Caskey Miller        Project: KERN-UBR Floats
                                  Our ID: Carlo Gortjes          Subject: 200331JDM01 Pony Float
                                                                 A, B, and C Quote

**A.  General**
As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Pony Floats A, B, and C** with float number **719-602-FLT-017, 018, and 019.**

**B.  Scope of Works**

1.  Pony Float A, B, C

    a.  Inclusions
        - Assembly of SCC/OCC box as per UBR standards
        - Installation of boxes and laying of cables in the float
        - Installation of lights in the floats (Show light and Character Lighting)
        - Initial programming
        - FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
        - Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

    b.  Labour Breakdown

|  | Man power | Man hours | Total Man hours |
|---|---|---|---|
| Project Manager | 1 pax | 10 hours | 10 hours |
| Supervisor | 1 pax | 20 hours | 20 hours |
| Mechanical Technician | 0 pax | 0 hours | 0 hours |
| Electronics Technician | 2 pax | 80 hours | 160 hours |
| Programmer | 1 pax | 16 hours | 16 hours |
| Installation | 2 pax | 40 hours | 80 hours |
| **Total** | | | 286 hours |

    c.  Exclusions
        - SAT (Site Acceptance Test) to be done in Beijing, China
        - Installation on-site (Beijing, China)



d.   Materials Overview
In reference to the DDR documents of **Pony A, B,** and **C** as of **March 31, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-GreeLED | | 1. Work Voltage: DC12V /DC24V<br>2. LED QTY: 120Pcs SMD2835<br>3. PCB width:8MM/10MM, PCB color:white color<br>4. Led view angle: 120 degree<br>5. Power comsuption: 20W/M<br>6. Package: 5M/Reel<br>7. Luminous Flux: 22-24lum/led<br>8. CCT Options:2800-3200K/4000-4500K/6000-6500K |



| | | |
|---|---|---|
| Circuit Breakers- ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



| | | |
|---|---|---|
| SSR- Omron | [Product image with UL LISTED, warning symbol, and CE markings; two SSR modules shown]<br><br>For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 µA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>*Approvals and Certifications*<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers-Procommander 3 | [Product image of WEIGL ProCommander unit] | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>*Approvals and Certifications*<br>**CE, EN** |
| Controllers- DMX Booster 4 | [Product image of DB-4 4 Way DMX Booster] | • DMX distributor with one input and 4 isolated outputs.<br>• Electrical isolation between input and output, and between 4 outputs themselves.<br>• Every DMX output features an independent driver for DMX data (+) & data (-) and shown at each indicator.<br>• DMX booster provides the isolation protection from a malfunction caused by the external DMX input. |



| | | |
|---|---|---|
| Controllers-<br>Dimmer 3 HD | | • RGB color (3 channels) intensity can be adjusted independently<br>• Allows to select 350mA/700mA output current by selecting the dipswitch on the PCB<br>• DMX address setting by dipswitch<br>• DMX control mode, manual mode, and auto mode are available<br>• Synchronize up to 32 units in series with built-in program |
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>**UL-E68961, CSA, TUV, CE, CCC** |
| Lighting- DOT-80 | | • Rich color changing effect<br>• Very long operation life in excess 50,000 hours<br>• Low energy consumption- 12w<br>• Robust construction suitable for outdoor application<br>• Fully controllable by RDM/DMX<br>• Built-in C/C Driver<br>• DC24V input |
| Lighting- BLZ-52 | | • High power CreeLED with 50,000 hours operating time. |



**C.  Price Overview**

**Per Pony**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | 0 pax | 0 hours | 0 hours | | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 16 hours | 16 hours | 166.79 | |
| Installation | 2 pax | 40 hours | 80 hours | 833.97 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 2,706.76 |
| Distribution | | | | | 1,484.10 |
| Controllers | | | | | 2,104.33 |
| Operations Control Console | | | | | |
| OCC Switches | | | | | 675.88 |
| Light Fixtures | | | | | 8,477.95 |
| Wiring and Connectors | | | | | 2,914.19 |
| Indirect Cost | | | | | |
| Office Cost | | | | | 579.58 |
| Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer) | | | | | 2,897.91 |
| Packing Materials to Tarlac Site | | | | | 144.90 |
| Import costs of materials, Freight, duties, Taxes | | | | | 1,747.20 |
| Product Sample/ Prototype Development cost | | | | | 1,014.27 |
| Installation Materials | | | | | 1,304.06 |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Pony A | 3,431.46 | 18,363.21 | 6,383.86 | 1304.06 | 29,482.59 |
| Pony B | 3,431.46 | 18,363.21 | 6,383.86 | 1304.06 | 29,482.59 |
| Pony C | 3,431.46 | 18,363.21 | 6,383.86 | 1304.06 | 29,482.59 |
| **Total** | **10,294.38** | **55,089.63** | **19,151.58** | **3912.18** | **88,447.77** |

| | | |
|---|---|---|
| **Total Price- Pony A, B, C** | **USD** | **88,447.77** |
| **Less Discount** | **USD** | **1,147.77** |
| **Total Amount** | **USD** | **87,300.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in __USD__ exclusive VAT.
- **Payment:**
* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.
* 50% upon project completion prior to shipping, within 7 days from date of invoice.
- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
  a.          BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
  b.          BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
  c.          BUYER fails to take proper and quick action to limit the damage;
  d.          BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.
  This agreement shall be governed by Philippine Law.

Carlo Görtjes
President



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email: caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 24 April 2020        Your ID: Caskey Miller        Project: KERN-UBR Floats
                                 Our ID: Carlo Gortjes         Subject: 200424JDM01 Gloria's
                                                               Balloon Quote

**A.   General**
As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Gloria's Balloon** with float number **719-602-FLT-016.**

**B.   Scope of Works**

1.   Gloria's Balloon

   a.   Inclusions
   - Assembly of SCC/OCC box as per UBR standards
   - Installation of boxes and laying of cables in the float
   - Installation of lights in the floats (Show light and Character Lighting)
   - Initial programming
   - FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
   - Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

   b.   Labour Breakdown

|                        | Man power | Man hours | Total Man hours |
|------------------------|-----------|-----------|-----------------|
| Project Manager        | 1 pax     | 10 hours  | 10 hours        |
| Supervisor             | 1 pax     | 20 hours  | 20 hours        |
| Mechanical Technician  | 2 pax     | 80 hours  | 160 hours       |
| Electronics Technician | 2 pax     | 80 hours  | 160 hours       |
| Programmer             | 1 pax     | 24 hours  | 24 hours        |
| Installation           | 2 pax     | 80 hours  | 160 hours       |
| **Total**              |           |           | 534 hours       |

   c.   Exclusions
   - SAT (Site Acceptance Test) to be done in Beijing, China
   - Installation on-site (Beijing, China)



d.  Materials Overview
In reference to the DDR documents of **Gloria's Balloon** as of **April 24, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-GreeLED | | 1. Work Voltage: DC12V /DC24V<br>2. LED QTY: 120Pcs SMD2835<br>3. PCB width:8MM/10MM, PCB color:white color<br>4. Led view angle: 120 degree<br>5. Power comsuption: 20W/M<br>6. Package: 5M/Reel<br>7. Luminous Flux: 22-24lum/led<br>8. CCT Options:2800-3200K/4000-4500K/6000-6500K |



| | | |
|---|---|---|
| Circuit Breakers-ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



| | | |
|---|---|---|
| SSR- Omron | (UL) c US LISTED  ⚠  CE<br><br>For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 μA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers-Procommander 3 | WEIGL ProCOMMANDER | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| Contollers- Weigl Pro I/O | WEIGL PRO I/O<br>Out:00000000<br>A1. 12345678 | • Ethernet<br>• WEM-NET<br>• Mini USB<br>• LCD-Display<br>• RS-232<br>• RS-485<br>• DMX-512 In<br>• ArtNet Support<br>• Software configurable<br>• Extensive ASCII-protocol for a wide range of control options<br>• Hardware interface for any kind of pc related control programs<br>• 19" rack mount adapter and Din-rail mount available<br>• Support for Weigl Digital Motor Library (where applicable)<br><br>Approvals and Certifications<br>**CE, EN** |



| | | |
|---|---|---|
| Controllers- DMX Booster 4 | | <ul><li>DMX distributor with one input and 4 isolated outputs.</li><li>Electrical isolation between input and output, and between 4 outputs themselves.</li><li>Every DMX output features an independent driver for DMX data (+) & data (-) and shown at each indicator.</li><li>DMX booster provides the isolation protection from a malfunction caused by the external DMX input.</li></ul> |
| Controllers- DMX Driver MR | | <ul><li>High performance driver with 1W to 3W LED lighting with 4 individual outputs and RJ45 sockets for RGBA</li><li>USITT DMX512(1990) multiplexed digital control, via 3-pin Phoenix connectors</li><li>10 position and 6 position  Dip-switches for DMX address, Stand-alone, manual dimming, and output mode</li><li>0-100% fade time and 0.1-30s chasing speed</li><li>Built-in programs to have it run by itself</li><li>Flicker free</li><li>Ability to AC88-132VAC/AC176-264VAC power input standard optional via voltage selector</li><li>Power failure memory</li></ul> |
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>**UL-E68961, CSA, TUV, CE, CCC** |
| Lighting- DOT-40 | | <ul><li>Rich color changing effect</li><li>Very long operation life in excess 50,000 hours</li><li>Low energy consumption- 12w</li><li>Robust construction suitable for outdoor application</li><li>Fully controllable by RDM/DMX</li><li>Built-in C/C Driver</li><li>DC24V input</li></ul> |





| Lighting- BLZ-52 | | • High power CreeLED with 50,000 hours operating time. |
| --- | --- | --- |
| Lighitng- 24V 90W DMX RGB LED Fiber Optic Engine Light Driver | | |
| Animated Figure- Oriental Stepper motor and driver | | The BLH series is a brushless DC motor unit that adopts a slim, high-torque brushless DC motor and an open-case high-precision compact driver of 24 VDC input type. The product is available in three types; a round shaft type which is the optimum for high speed requirements and a combination type* equipped with a special-purpose gearhead which is best suited to high-torque operation by gear speed reduction (a pinion shaft type* compatible with optional special-purpose gearhead). Approvals and Certifications **UL 60950-1** |



C.  **Price Overview**

**Gloria's Balloon**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 24 hours | 24 hours | 250.16 | |
| Installation | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 5,968.72 |
| Distribution | | | | | 6,951.32 |
| Controllers | | | | | 8,958.61 |
| Operations Control Console | | | | | 1,597.21 |
| OCC Switches | | | | | 1,281.38 |
| OCC Indicator | | | | | 187.25 |
| Light Fixtures | | | | | 15,980.11 |
| Wiring and Connectors | | | | | 9,029.23 |
| Animated Figure | | | | | 1,896.88 |
| *Marty Neck Movement* | | | | | *5,793.36* |
| *Marty Eye Blink* | | | | | *4,884.84* |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |
| *Packing Materials to Tarlac Site* | | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | | *1,747.20* |
| *Product Sample/ Prototype Development cost* | | | | | *1,014.27* |
| Installation Materials | | | | | *2,173.43* |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Gloria's Balloon | 6,016.77 | 62,528.91 | 6,383.86 | 2,173.43 | 77,102.97 |

| | | |
|---|---|---|
| **Total Price- Gloria's Balloon** | **USD** | **77,102.97** |
| **Less Discount** | **USD** | **802.97** |
| **Total Amount** | **USD** | **76,300.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in **USD** exclusive VAT.
- **Payment:**
  \* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.
  \* 50% upon project completion prior to shipping, within 7 days from date of invoice.
- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
  a.        BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
  b.        BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
  c.        BUYER fails to take proper and quick action to limit the damage;
  d.        BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.
  This agreement shall be governed by Philippine Law.

Carlo Görtjes
President

Barry Kern/ Caskey Miller
Blain Kern Artists



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email: caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 24 April 2020          Your ID: Caskey Miller          Project: KERN-UBR Floats
                                    Our ID: Carlo Gortjes           Subject: 200424JDM02 King Julien
                                                                    Float Quote

**A.   General**

As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **King Julien Float** with float number **719-602-FLT-011.**

**B.   Scope of Works**

1.   King Julien Float

   a.   Inclusions

   - Assembly of SCC/OCC box as per UBR standards
   - Installation of boxes and laying of cables in the float
   - Installation of lights in the floats (Show light and Character Lighting)
   - Initial programming
   - FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
   - Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

   b.   Labour Breakdown

|  | Man power | Man hours | Total Man hours |
|---|---|---|---|
| Project Manager | 1 pax | 10 hours | 10 hours |
| Supervisor | 1 pax | 20 hours | 20 hours |
| Mechanical Technician | 2 pax | 80 hours | 160 hours |
| Electronics Technician | 2 pax | 80 hours | 160 hours |
| Programmer | 1 pax | 24 hours | 24 hours |
| Installation | 2 pax | 48 hours | 96 hours |
| **Total** | | | 470 hours |

   c.   Exclusions

   - SAT (Site Acceptance Test) to be done in Beijing, China
   - Installation on-site (Beijing, China)



d.   Materials Overview
In reference to the DDR documents of **King Julien Float** as of **April 24, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-GreeLED | | 1. Work Voltage: DC12V /DC24V<br>2. LED QTY: 120Pcs SMD2835<br>3. PCB width:8MM/10MM, PCB color:white color<br>4. Led view angle: 120 degree<br>5. Power comsuption: 20W/M<br>6. Package: 5M/Reel<br>7. Luminous Flux: 22-24lum/led<br>8. CCT Options:2800-3200K/4000-4500K/6000-6500K |



| | | |
|---|---|---|
| Circuit Breakers-ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



**Lagotronics**®
imagine, create, inspire

| | | |
|---|---|---|
| SSR- Omron | For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 μA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers- Procommander 3 | | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| Controllers- Controller 3 | | • High performance driver for controlling range of lighting, with 8 individual outputs for RGB<br>• 10 position and 6 position dip switches for DMX address, Standalone function and manual dimming<br>• USITT DMX512(1990) multiplexed digital control, via 3-pin Phoenix connectors<br>• 0-100% fade time and 0.1-30s chasing speed<br>• Built-in programs to have it run by itself<br>• Flicker free<br>• Ability to AC90-132VAC/AC180-264VAC power input standard optional via voltage selector<br>• Power failure memory |
| Controllers- DMX Driver MR | | • High performance driver with 1W to 3W LED lighting with 4 individual outputs and RJ45 sockets for RGBA<br>• USITT DMX512(1990) multiplexed digital control, via 3-pin Phoenix connectors<br>• 10 position and 6 position Dip-switches for DMX address, Stand-alone, manual dimming, and output mode<br>• 0-100% fade time and 0.1-30s chasing speed<br>• Built-in programs to have it run by itself<br>• Flicker free<br>• Ability to AC88-132VAC/AC176-264VAC power input standard optional via voltage selector<br>• Power failure memory |



| | | |
|---|---|---|
| Networks- Allen Bradley 5 Port Ethernet Switch STRATIX 2000 | | • Offers a low-cost, compact solution<br>• Includes ability to automatically negotiate speed and duplex settings<br>• Operates on 20V AC or 24V DC power<br>• Includes automatic cable cross-over detection<br><br>Approvals and Certification<br>**CE, C-Tick, c-UL-us, EAC, EtherNet/IP, Ex, IEC/Ex, KC, RCM** |
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>• **UL-E68961, CSA, TUV, CE, CCC** |
| Lighting- BLZ-52 | | • High power CreeLED with 50,000 hours operating time. |
| Animated Figure- SAVOX Monster Torque Brushless Servo, Black Edition .13sec / 694.4oz @ 7.4v | | • Full Aluminum Case<br>• 3 Precision Ball Bearings.<br>• Unique steel gears |



C. **Price Overview**

**King Julien Float**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 24 hours | 24 hours | 250.16 | |
| Installation | 2 pax | 48 hours | 96 hours | 1,000.76 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 18,655.52 |
| Distribution | | | | | 3,097.60 |
| Controllers | | | | | 4,369.16 |
| Network | | | | | 361.39 |
| Operations Control Console | | | | | 880.98 |
| OCC Switches | | | | | 1,076.14 |
| OCC Indicator | | | | | 187.25 |
| Light Fixtures | | | | | 3,164.15 |
| Wiring and Connectors | | | | | 10,627.15 |
| Animated figure | | | | | 1,164.62 |
| Mort Eye Blink | | | | | 5,513.63 |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |
| *Packing Materials to Tarlac Site* | | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | | *1,747.20* |
| *Product Sample/ Prototype Development cost* | | | | | *1,014.27* |
| Installation Materials | | | | | 2,173.43 |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| King Julien Float | 5,349.56 | 49,097.59 | 6,383.86 | 2,173.43 | 63,004.44 |

| | | |
|---|---|---|
| **Total Price- King Julien Float** | **USD** | **63,004.44** |
| **Less Discount** | **USD** | **804.44** |
| **Total Amount** | **USD** | **62,200.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in **USD** exclusive VAT.
- **Payment:**

\* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.

\* 50% upon project completion prior to shipping, within 7 days from date of invoice.

- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
  - a.          BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
  - b.          BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
  - c.          BUYER fails to take proper and quick action to limit the damage;
  - d.          BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.

    This agreement shall be governed by Philippine Law.

Carlo Görtjes
President

Barry Kern/ Caskey Miller
Blain Kern Artists



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email: caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 24 April 2020

Your ID: Caskey Miller
Our ID: Carlo Gortjes

Project: KERN-UBR Floats
Subject: 200424JDM03 Master Ox Quote

**A.   General**

As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Master Ox Float** with float number **719-602-FLT-024.**

**B.   Scope of Works**

1.   Master Ox Float

    a.   Inclusions

- Assembly of SCC/OCC box as per UBR standards
- Installation of boxes and laying of cables in the float
- Installation of lights in the floats (Show light and Character Lighting)
- Initial programming
- FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
- Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

    b.   Labour Breakdown

|  | Man power | Man hours | Total Man hours |
|---|---|---|---|
| Project Manager | 1 pax | 10 hours | 10 hours |
| Supervisor | 1 pax | 20 hours | 20 hours |
| Mechanical Technician | - | - | - |
| Electronics Technician | 2 pax | 80 hours | 160 hours |
| Programmer | 1 pax | 16 hours | 16 hours |
| Installation | 2 pax | 40 hours | 80 hours |
| **Total** | | | 286 hours |

    c.   Exclusions

- SAT (Site Acceptance Test) to be done in Beijing, China
- Installation on-site (Beijing, China)



d.   Materials Overview
In reference to the DDR documents of **Master Ox Float** as of **April 24, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-GreeLED | | 1. Work Voltage: DC12V /DC24V<br>2. LED QTY: 120Pcs SMD2835<br>3. PCB width:8MM/10MM, PCB color:white color<br>4. Led view angle: 120 degree<br>5. Power comsuption: 20W/M<br>6. Package: 5M/Reel<br>7. Luminous Flux: 22-24lum/led<br>8. CCT Options:2800-3200K/4000-4500K/6000-6500K |



| | | |
|---|---|---|
| Circuit Breakers-ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



LAGOTRONICS®
imagine, create, inspire

| | | |
|---|---|---|
| SSR- Omron | ᶜ**UL**ᵤₛ **⚠ CE**<br>**LISTED**<br><br>For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 µA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers-Procommander 3 | WEIGL<br>ProCOMMANDER | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| Controllers-PCBA X-PAR Driver | | • X-PAR Driver is a high performance driver for driving a range of 1W or<br>• 3W or 10W LED lighting, with 2 individual outputs for RGBW.<br>• 12-position Dip-switches for DMX address, Stand-alone function, and Output Mode.<br>• USITT DMX512 (1990) multiplexed digital control, via 3-pin Phoenix connectors.<br>• 0~100% Fade time and 0.1~30s chasing speed.<br>• Built-in programs to have it run by itself<br>• Flicking free<br>• Input DC24V and provide up to 1200mA Constant Current output<br>• Power Failure Memory |



| | | |
|---|---|---|
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>• **UL-E68961, CSA, TUV, CE, CCC** |
| Light Fixtures- X-PAR 56 | | • Rich color changing effect<br>• Very long operation life in excess of 50,000 hours<br>• Low energy consumption 120W<br>• Robust construction suitable for outdoor application<br>• Fully controlled by external RDM/DMX C/C driver |



C.  **Price Overview**

**Master Ox Float**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | - | - | - | - | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 16 hours | 16 hours | 166.79 | |
| Installation | 2 pax | 40 hours | 80 hours | 833.97 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 5,814.89 |
| Distribution | | | | | 1,585.00 |
| Controllers | | | | | 2,441.59 |
| Network | | | | | - |
| Operations Control Console | | | | | 1,475.00 |
| OCC Switches | | | | | 695.03 |
| OCC Indicator | | | | | 187.25 |
| Light Fixtures | | | | | 5213.62 |
| Wiring and Connectors | | | | | 11,111.77 |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |
| *Packing Materials to Tarlac Site* | | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | | *1,747.20* |
| *Product Sample / Prototype Development cost* | | | | | *1,014.27* |
| Installation Materials | | | | | 1,304.06 |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Master Ox Float | 3,431.46 | 28,524.15 | 6,383.86 | 1,304.06 | 39,643.53 |

| | | |
|---|---|---|
| **Total Price- Master Ox Float** | **USD** | **39,643.53** |
| **Less Discount** | **USD** | **543.53** |
| **Total Amount** | **USD** | **39,100.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in **USD** exclusive VAT.
- **Payment:**

\* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.

\* 50% upon project completion prior to shipping, within 7 days from date of invoice.

- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
  - a.        BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
  - b.        BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
  - c.        BUYER fails to take proper and quick action to limit the damage;
  - d.        BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.

  This agreement shall be governed by Philippine Law.

Carlo Görtjes
President

Barry Kern/ Caskey Miller
Blain Kern Artists



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email: caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 24 April 2020

Your ID: Caskey Miller
Our ID: Carlo Gortjes

Project: KERN-UBR Floats
Subject: 200424JDM04 Onion
Coach Quote

### A.  General

As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Onion Coach** with float number **719-602-FLT-008.**

### B.  Scope of Works

1.  Onion Coach

    a.  Inclusions
    - Assembly of SCC/OCC box as per UBR standards
    - Installation of boxes and laying of cables in the float
    - Installation of lights in the floats (Show light and Character Lighting)
    - Initial programming
    - FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
    - Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

    b.  Labour Breakdown

    |  | Man power | Man hours | Total Man hours |
    |---|---|---|---|
    | Project Manager | 1 pax | 10 hours | 10 hours |
    | Supervisor | 1 pax | 20 hours | 20 hours |
    | Mechanical Technician | - | - | - |
    | Electronics Technician | 2 pax | 80 hours | 160 hours |
    | Programmer | 1 pax | 16 hours | 16 hours |
    | Installation | 2 pax | 40 hours | 80 hours |
    | **Total** | | | 286 hours |

    c.  Exclusions
    - SAT (Site Acceptance Test) to be done in Beijing, China
    - Installation on-site (Beijing, China)



d. Materials Overview
In reference to the DDR documents of **Onion Coach** as of **April 24, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-GreeLED | | 1. Work Voltage: DC12V /DC24V<br>2. LED QTY: 120Pcs SMD2835<br>3. PCB width:8MM/10MM, PCB color:white color<br>4. Led view angle: 120 degree<br>5. Power comsuption: 20W/M<br>6. Package: 5M/Reel<br>7. Luminous Flux: 22-24lum/led<br>8. CCT Options:2800-3200K/4000-4500K/6000-6500K |



| | | |
|---|---|---|
| Circuit Breakers-ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



| | | |
|---|---|---|
| SSR- Omron | *(Omron SSR product images with UL, CE markings)*<br><br>For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 μA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers- Procommander 3 | *(ProCommander 3 WEIGL controller image)* | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| Controllers- PCBA X-PAR Driver | *(X-PAR Driver PCBA image)* | • X-PAR Driver is a high performance driver for driving a range of 1W or<br>• 3W or 10W LED lighting, with 2 individual outputs for RGBW.<br>• 12-position Dip-switches for DMX address, Stand-alone function, and Output Mode.<br>• USITT DMX512 (1990) multiplexed digital control, via 3-pin Phoenix connectors.<br>• 0~100% Fade time and 0.1~30s chasing speed.<br>• Built-in programs to have it run by itself<br>• Flicking free<br>• Input DC24V and provide up to 1200mA Constant Current output<br>• Power Failure Memory |
| Controllers- DMX Driver MR | *(DMX Driver HD image)* | • High performance driver with 1W to 3W LED lighting with 4 individual outputs and RJ45 sockets for RGBA<br>• USITT DMX512(1990) multiplexed digital control, via 3-pin Phoenix connectors<br>• 10 position and 6 position Dip-switches for DMX address, Stand-alone, manual dimming, and output mode<br>• 0-100% fade time and 0.1-30s chasing speed<br>• Built-in programs to have it run by itself<br>• Flicker free<br>• Ability to AC88-132VAC/AC176-264VAC power input standard optional via voltage selector<br>• Power failure memory |



| | | |
|---|---|---|
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings. die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>• **UL-E68961, CSA, TUV, CE, CCC** |
| Light Fixtures- X-PAR 56 | | • Rich color changing effect<br>• Very long operation life in excess of 50,000 hours<br>• Low energy consumption 120W<br>• Robust construction suitable for outdoor application<br>• Fully controlled by external RDM/DMX C/C driver |
| Lighting- BLZ-52 | | • High power CreeLED with 50,000 hours operating time. |



| | | |
|---|---|---|
| Lighting- X-AR160 |  | • Rich color changing effect<br>• Very long operation life in excess of 50,000 hours<br>• Low energy consumption 60W<br>• Robust construction suitable for outdoor application<br>• Fully controlled by external RDM/DMX C/C driver |



C.  **Price Overview**

**Onion Coach**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | - | - | - | - | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 16 hours | 16 hours | 166.79 | |
| Installation | 2 pax | 40 hours | 80 hours | 833.97 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 16,290.27 |
| Distribution | | | | | 2,511.35 |
| Controllers | | | | | 3,322.76 |
| Network | | | | | - |
| Operations Control Console | | | | | 690.25 |
| OCC Switches | | | | | 701.27 |
| OCC Indicator | | | | | 187.25 |
| Light Fixtures | | | | | 8,449.00 |
| Wiring and Connectors | | | | | 8,465.34 |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |
| *Packing Materials to Tarlac Site* | | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | | *1,747.20* |
| *Product Sample / Prototype Development cost* | | | | | *1,014.27* |
| Installation Materials | | | | | 1,304.06 |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Onion coach | 3,431.46 | 40,617.49 | 6,383.86 | 1,304.06 | 51,736.87 |

| | | |
|---|---|---|
| **Total Price- Onion coach** | **USD** | **51,736.87** |
| **Less Discount** | **USD** | **636.87** |
| **Total Amount** | **USD** | **51,100.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in **USD** exclusive VAT.
- **Payment:**

\* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.

\* 50% upon project completion prior to shipping, within 7 days from date of invoice.

- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
  - a.        BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
  - b.        BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
  - c.        BUYER fails to take proper and quick action to limit the damage;
  - d.        BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.
  This agreement shall be governed by Philippine Law.


_____
Carlo Görtjes
President


_____
Barry Kern/ Caskey Miller
Blain Kern Artists



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email: caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 24 April 2020

Your ID: Caskey Miller
Our ID: Carlo Gortjes

Project: KERN-UBR Floats
Subject: 200424JDM05 Mr Ping Quote

### A.  General

As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Mr. Ping Float** with float number **719-602-FLT-027.**

### B.  Scope of Works

1.  Mr. Ping Float

    a.  Inclusions

        • Assembly of SCC/OCC box as per UBR standards
        • Installation of boxes and laying of cables in the float
        • Installation of lights in the floats (Show light and Character Lighting)
        • Initial programming
        • FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
        • Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

    b.  Labour Breakdown

    |  | Man power | Man hours | Total Man hours |
    |---|---|---|---|
    | Project Manager | 1 pax | 10 hours | 10 hours |
    | Supervisor | 1 pax | 20 hours | 20 hours |
    | Mechanical Technician | - | - | - |
    | Electronics Technician | 2 pax | 80 hours | 160 hours |
    | Programmer | 1 pax | 16 hours | 16 hours |
    | Installation | 2 pax | 40 hours | 80 hours |
    | **Total** | | | 286 hours |

    c.  Exclusions

        • SAT (Site Acceptance Test) to be done in Beijing, China
        • Installation on-site (Beijing, China)



   d.  Materials Overview
       In reference to the DDR documents of **Mr. Ping Float** as of **April 24, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-GreeLED | | 1. Work Voltage: DC12V /DC24V<br>2. LED QTY: 120Pcs SMD2835<br>3. PCB width:8MM/10MM, PCB color:white color<br>4. Led view angle: 120 degree<br>5. Power comsuption: 20W/M<br>6. Package: 5M/Reel<br>7. Luminous Flux: 22-24lum/led<br>8. CCT Options:2800-3200K/4000-4500K/6000-6500K |



| | | |
|---|---|---|
| Circuit Breakers- ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



| | | |
|---|---|---|
| SSR- Omron | c(UL)us LISTED ⚠ CE  *For the recent information on models that have been certified for safety standards, refer to your OMRON website.* | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 µA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers- Procommander 3 | WEIGL ProCOMMANDER | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| Controllers- PCBA Controller MR | | • MR Driver is a high performance driver for driving a range of 1W or<br>• 3W or 10W LED lighting, with 4 individual outputs for R,G,B,W.<br>• 14-position Dip-switches for DMX address, Stand-alone<br>• function, and Manual Dimming.<br>• USITT DMX512 (1990) multiplexed digital control, via 3-pin Phoenix<br>• connectors.<br>• 0~100% Fade time and 0.1~30s chasing speed.<br>• Built-in programs to have it run by itself<br>• Flicking free<br>• Input DC24V and provide up to 750mA Constant Current Output<br>• Power Failure Memory |



| | | |
|---|---|---|
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>• **UL-E68961, CSA, TUV, CE, CCC** |
| Lighting- BLZ-52 | | • High power CreeLED with 50,000 hours operating time. |
| Lighting- X-AR160 | | • Rich color changing effect<br>• Very long operation life in excess of 50,000 hours<br>• Low energy consumption 60W<br>• Robust construction suitable for outdoor application<br>• Fully controlled by external RDM/DMX C/C driver |



C.  **Price Overview**

**Mr. Ping Float**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | - | - | - | - | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 16 hours | 16 hours | 166.79 | |
| Installation | 2 pax | 40 hours | 80 hours | 833.97 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 11,458.38 |
| Distribution | | | | | 1,312.58 |
| Controllers | | | | | 2,478.30 |
| Network | | | | | - |
| Operations Control Console | | | | | 598.46 |
| OCC Switches | | | | | 695.03 |
| OCC Indicator | | | | | 187.25 |
| Light Fixtures | | | | | 3,386.85 |
| Wiring and Connectors | | | | | 5,799.97 |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |
| *Packing Materials to Tarlac Site* | | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | | *1,747.20* |
| *Product Sample / Prototype Development cost* | | | | | *1,014.27* |
| Installation Materials | | | | | 1,304.06 |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Mr. Ping Float | 3,431.46 | 25,916.82 | 6,383.86 | 1,304.06 | 37,036.20 |

| | | | |
|---|---|---|---|
| **Total Price- Mr. Ping Float** | | **USD** | **37,036.20** |
| **Less Discount** | | **USD** | **436.20** |
| **Total Amount** | | **USD** | **36,600.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in **USD** exclusive VAT.
- **Payment:**
* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.
* 50% upon project completion prior to shipping, within 7 days from date of invoice.
- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
    a.         BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
    b.         BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
    c.         BUYER fails to take proper and quick action to limit the damage;
    d.         BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.
  This agreement shall be governed by Philippine Law.

<br>

_____

Carlo Görtjes
President

<br>

_____

Barry Kern/ Caskey Miller
Blain Kern Artists



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email:  caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 07 May 2020

Your ID: Caskey Miller
Our ID: Carlo Gortjes

Project: KERN-UBR Floats
Subject: 200507JDM01 Yellow Cart Quote

**A.  General**

As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Yellow Cart** with float number **719-602-FLT-009.**

**B.  Scope of Works**

1.  Yellow Cart

a.  Inclusions
- Assembly of SCC/OCC box as per UBR standards
- Installation of boxes and laying of cables in the float
- Installation of lights in the floats (Show light and Character Lighting)
- Initial programming
- FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
- Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

b.  Labour Breakdown

|  | Man power | Man hours | Total Man hours |
|---|---|---|---|
| Project Manager | 1 pax | 10 hours | 10 hours |
| Supervisor | 1 pax | 20 hours | 20 hours |
| Mechanical Technician | 2 pax | 80 hours | 160 hours |
| Electronics Technician | 2 pax | 80 hours | 160 hours |
| Programmer | 1 pax | 24 hours | 24 hours |
| Installation | 2 pax | 48 hours | 96 hours |
| **Total** | | | 470 hours |

c.  Exclusions
- SAT (Site Acceptance Test) to be done in Beijing, China
- Installation on-site (Beijing, China)



d. Materials Overview
In reference to the DDR documents of **Yellow Cart** as of **May 07, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-Hella ECO18 LED / ECO26 LED (Dimmable) | | • Ideal halogen replacement for an easy conversion<br>• Compact size and universal shape<br>• Also available as a reversing light |



| Circuit Breakers- ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
|---|---|---|
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



| | | |
|---|---|---|
| SSR- Omron | For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 µA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers- Procommander 3 | WEIGL ProCOMMANDER | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| Contollers- Weigl Pro I/O | WEIGL PRO I/O | • Ethernet<br>• WEM-NET<br>• Mini USB<br>• LCD-Display<br>• RS-232<br>• RS-485<br>• DMX-512 In<br>• ArtNet Support<br>• Software configurable<br>• Extensive ASCII-protocol for a wide range of control options<br>• Hardware interface for any kind of pc related control programs<br>• 19" rack mount adapter and Din-rail mount available<br>• Support for Weigl Digital Motor Library (where applicable)<br><br>Approvals and Certifications<br>**CE, EN** |



Lagotronics®
imagine, create, inspire

| | | |
|---|---|---|
| Controllers-PCBA Controller MR | | • MR Driver is a high performance driver for driving a range of 1W or<br>• 3W or 10W LED lighting, with 4 individual outputs for R,G,B,W.<br>• 14-position Dip-switches for DMX address, Stand-alone<br>• function, and Manual Dimming.<br>• USITT DMX512 (1990) multiplexed digital control, via 3-pin Phoenix<br>• connectors.<br>• 0-100% Fade time and 0.1~30s chasing speed.<br>• Built-in programs to have it run by itself<br>• Flicking free<br>• Input DC24V and provide up to 750mA Constant Current Output<br>• Power Failure Memory |
| Networks- Allen Bradley 5 Port Ethernet Switch STRATIX 2000 | | • Offers a low-cost, compact solution<br>• Includes ability to automatically negotiate speed and duplex settings<br>• Operates on 20V AC or 24V DC power<br>• Includes automatic cable cross-over detection<br><br>Approvals and Certification<br>**CE, C-Tick, c-UL-us, EAC, EtherNet/IP, Ex, IEC/Ex, KC, RCM** |
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>• **UL-E68961, CSA, TUV, CE, CCC** |
| Lighting- BLZ-52 | | • High power CreeLED with 50,000 hours operating time. |



| | | |
|---|---|---|
| Animated Figure- SAVOX Monster Torque Brushless Servo, Black Edition .13sec / 694.4oz @ 7.4v |  | <ul><li>Full Aluminum Case</li><li>3 Precision Ball Bearings.</li><li>Unique steel gears</li></ul> |
| Animated Figure- 2.36 in. (60 mm) Stepper Motor with Absolute Mechanical Encoder |  | <ul><li>The AlphaStep AZ Series stepper motor offers closed loop control, substantially reduces heat generation from the motor and by incorporating the newly developed Absolute Mechanical Encoder, absolute-type positioning is available, without battery back up or external sensors to buy.</li></ul> |



C.  **Price Overview**

**Yellow Cart**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 24 hours | 24 hours | 250.16 | |
| Installation | 2 pax | 48 hours | 96 hours | 1,000.76 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 20,483.94 |
| Distribution | | | | | 2,291.85 |
| Controllers | | | | | 5,782.71 |
| Network | | | | | 361.39 |
| Operations Control Console | | | | | 1,121.46 |
| OCC Switches | | | | | 1,152.87 |
| OCC Indicator | | | | | 187.25 |
| Light Fixtures | | | | | 112.35 |
| Wiring and Connectors | | | | | 5,454.58 |
| Animated figure | | | | | 1,806.25 |
| Dronkey Wings Flap | | | | | 4,336.59 |
| Dronkey Eye Blink | | | | | 4,269.32 |
| Ogre Baby A- Right Wrist Spinning | | | | | 4,608.29 |
| Ogre Baby A- Eye Blink Left and Right | | | | | 4,291.34 |
| Ogre Baby B- Right Arm Wave | | | | | 4,608.29 |
| Ogre Baby B- Eye Turn | | | | | 4,199.56 |
| Ogre Baby C- Eye Turn | | | | | 2,696.41 |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |



| | | | | |
|---|---|---|---|---|
| *Packing Materials to Tarlac Site* | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | *1,747.20* |
| *Product Sample/ Prototype Development cost* | | | | *1,014.27* |
| Installation Materials | | | | 2,173.43 |

**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Yellow Cart | 5,349.56 | 67,764.45 | 6,383.86 | 2,173.43 | 81,671.30 |

| | | |
|---|---|---|
| **Total Price- Yellow Cart Float** | USD | **81,671.30** |
| **Less Discount** | USD | **1,271.30** |
| **Total Amount** | USD | **80,400.00** |



**D.    Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in **USD** exclusive VAT.
- **Payment:**

* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.

* 50% upon project completion prior to shipping, within 7 days from date of invoice.

- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
  - a.        BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
  - b.        BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
  - c.        BUYER fails to take proper and quick action to limit the damage;
  - d.        BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.
  This agreement shall be governed by Philippine Law.

Carlo Görtjes
President

Barry Kern/ Caskey Miller
Blain Kern Artists



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email: caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 14 May 2020    Your ID: Caskey Miller    Project: KERN-UBR Floats
                            Our ID: Carlo Gortjes     Subject: 200514JDM01 Lantern
                                                      Float Quote Revised

**A.   General**

As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Lantern Float** with float number **719-602-FLT-020.**

**B.   Scope of Works**

1.   Lantern Float

   a.   Inclusions
   - Assembly of SCC/OCC box as per UBR standards
   - Installation of boxes and laying of cables in the float
   - Installation of lights in the floats (Show light and Character Lighting)
   - Initial programming
   - FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
   - Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

   b.   Labour Breakdown

|  | Man power | Man hours | Total Man hours |
|---|---|---|---|
| Project Manager | 1 pax | 10 hours | 10 hours |
| Supervisor | 1 pax | 20 hours | 20 hours |
| Mechanical Technician | 0 pax | 0 hours | 0 hours |
| Electronics Technician | 2 pax | 80 hours | 160 hours |
| Programmer | 1 pax | 24 hours | 24 hours |
| Installation | 2 pax | 80 hours | 160 hours |
| **Total** | | | 374 hours |

   c.   Exclusions
   - SAT (Site Acceptance Test) to be done in Beijing, China
   - Installation on-site (Beijing, China)



d.  Materials Overview
In reference to the DDR documents of **Lantern Float** as of **May 14, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Sevice Lights in Cabinets | | 1. Work Voltage: DC12V /DC24V<br>2. LED QTY: 120Pcs SMD2835<br>3. PCB width:8MM/10MM, PCB color:white color<br>4. Led view angle: 120 degree<br>5. Power comsuption: 20W/M<br>6. Package: 5M/Reel<br>7. Luminous Flux: 22-24lum/led<br>8. CCT Options:2800-3200K/4000-4500K/6000-6500K |



| | | |
|---|---|---|
| Circuit Breakers-ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit has external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



| | | |
|---|---|---|
| SSR- Omron | For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 µA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| Controllers- Procommander 3 | WEIGL ProCOMMANDER | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| Contollers- Weigl ES | POWER   DMX-OUT   OPEN-COLLECTOR 1-8 /   LINE OUT | • Ethernet<br>• Mini USB<br>• LCD-Display<br>• 8x Digital In<br>• 8x Digital Out<br>• DMX-512 Out<br>• High Powered Class-D Amplifier<br>• ArtNet Supported<br>• MicroSD Slot<br>• 1x 1/8" Audio<br>• Mounts in 1/4 rack space<br>• Integrated MicroSD storage for audio/timeline data<br>• High power MOSFET Transistors<br>•<br>Approvals and Certifications<br>**CE, EN** |



| | | |
|---|---|---|
| Controllers- DMX Booster 4 | | • DMX distributor with one input and 4 isolated outputs.<br>• Electrical isolation between input and output, and between 4 outputs themselves.<br>• Every DMX output features an independent driver for DMX data (+) & data (-) and shown at each indicator.<br>• DMX booster provides the isolation protection from a malfunction caused by the external DMX input. |
| Controllers- DMX Controller 3 | | • 10-position and 6-position dip switches for DMX address, stand-alone functions, output channels, and manual dimming<br>• USITT-DMX512 (1990) multiplexed digital control, via 3-pin Phoenix connectors or 3-pin XLR connectors<br>• 0-100% fade time and 0.1-30s chasing speed<br>• Built-in programs to have it run by itself<br>• Flicker free<br>• Ability to AC88-132VAC/AC176-264VAC power input standard optional via voltage selector<br>• Power failure memory |
| Controllers- PCBA X-PAR Driver | | • X-PAR Driver is a high performance driver for driving a range of 1W or<br>• 3W or 10W LED lighting, with 2 individual outputs for RGBW.<br>• 12-position Dip-switches for DMX address, Stand-alone function, and Output Mode.<br>• USITT DMX512 (1990) multiplexed digital control, via 3-pin Phoenix connectors.<br>• 0-100% Fade time and 0.1~30s chasing speed.<br>• Built-in programs to have it run by itself<br>• Flicking free<br>• Input DC24V and provide up to 1200mA Constant Current output<br>• Power Failure Memory |
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>**UL-E68961, CSA, TUV, CE, CCC** |



| | | |
|---|---|---|
| Lighting- DOT-80 or equivalent For Tassels | | • Rich color changing effect<br>• Very long operation life in excess 50,000 hours<br>• Low energy consumption- 12w<br>• Robust construction suitable for outdoor application<br>• Fully controllable by RDM/DMX<br>• Built-in C/C Driver<br>• DC24V input |
| Light Fixtures- SPH-600 Inside lanterns | | • 18x3W 6000K CW LEDs,3 channels<br>• Very long operation life in excess of 50,000 hours<br>• Low energy consumption 60W<br>• Robust construction suitable for outdoor application<br>• Fully controlled by external RDM/DMX C/C driver |
| Lighting- Tapelight - F22A | | • High quality SMD LED chip<br>• UV and flame resistant construction<br>• Extremely flat profile for slimline project<br>• Perfect uniform and even light source with invisible light dots<br>• High illumination<br>• Easily installed<br>• IP68<br>• 5 year life span |







### C.   Price Overview

**Lantern Float**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | 0 pax | 0hours | 0 hours | - | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 24 hours | 24 hours | 250.16 | |
| Installation | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 38,145.27 |
| Distribution | | | | | 12,223.54 |
| Controllers | | | | | 21,166.56 |
| Network | | | | | 587.45 |
| Operations Control Console | | | | | 1,234.18 |
| OCC Switches | | | | | 1,147.73 |
| OCC Indicator | | | | | 337.78 |
| Light Fixtures | | | | | 65,791.17 |
| Wiring and Connectors | | | | | 47,454.79 |
| Special Effects (Turntable connections) | | | | | 5,149.08 |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |
| *Packing Materials to Tarlac Site* | | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | | *1,747.20* |
| *Product Sample/ Prototype Development cost* | | | | | *1,014.27* |
| Installation Materials | | | | | 2,173.43 |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Lantern Float | 4,348.80 | 193,237.55 | 6,383.86 | 2,173.43 | 206,143.64 |

| | | |
|---|---|---|
| **Total Price- Lantern Float** | **USD** | **206,143.64** |
| **Less Discount** | **USD** | **1,643.64** |
| **Total Amount** | **USD** | **204,500.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in **USD** exclusive VAT.
- **Payment:**

\* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.

\* 50% upon project completion prior to shipping, within 7 days from date of invoice.

- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
  - a.        BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
  - b.        BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
  - c.        BUYER fails to take proper and quick action to limit the damage;
  - d.        BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.
   This agreement shall be governed by Philippine Law.

Carlo Görtjes
President

Barry Kern/ Caskey Miller
Blain Kern Artists



Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130
Attn: Caskey Miller
Email: caskey@kernstudios.com

**Lagotronics Philippines Inc.**
Sitio Cubol,
BarangaySapalibutad
2009 Angeles City
Pampanga, Philippines

**Contact Details:**
Netherlands:
Tel.: +31 653 122 579 (NL)
carlo.gortjes@lgholding.nl

Philippines:
sales@lagotronics.ph
jdm09.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
www.lagotronics.ph

Philippines, 14 May 2020       Your ID: Caskey Miller       Project: KERN-UBR Floats
                               Our ID: Carlo Gortjes        Subject: 200514JDM01 Afro Circus
                                                            Tent Quote

**A.   General**

As a part of the **Universal Beijing Floats** project, **Universal Studios** asked **Kern Studios** to send a proposal in building **Afro Circus Tent** with float number **719-602-FLT-020.**

**B.   Scope of Works**

1.   Afro Circus Tent

   a.   Inclusions
   - Assembly of SCC/OCC box as per UBR standards
   - Installation of boxes and laying of cables in the float
   - Installation of lights in the floats (Show light and Character Lighting)
   - Initial programming
   - FAT (Factory Acceptance Test) *(see quote 200430JDM01 UBR Float- FAT quote)*
   - Final programming upon FAT to be directed by UBR *(see quote 200430JDM01 UBR Float- FAT quote)*

   b.   Labour Breakdown

|  | Man power | Man hours | Total Man hours |
|---|---|---|---|
| Project Manager | 1 pax | 10 hours | 10 hours |
| Supervisor | 1 pax | 20 hours | 20 hours |
| Mechanical Technician | 2 pax | 80 hours | 160 hours |
| Electronics Technician | 2 pax | 80 hours | 160 hours |
| Programmer | 1 pax | 24 hours | 24 hours |
| Installation | 2 pax | 80 hours | 160 hours |
| **Total** | | | 534 hours |

   c.   Exclusions
   - SAT (Site Acceptance Test) to be done in Beijing, China
   - Installation on-site (Beijing, China)



d.   Materials Overview
In reference to the DDR documents of **Afro Circus Tent** as of **May 14, 2020**

| Enclosure | | |
|---|---|---|
| Rittal | | IP66 Sheet Steel Wall Boxes, AE series<br>The AE series wall box from Rittal has a strong unibody construction which has been dipcoat-primed and powder coated in a textured light grey finish for added corrosion protection. The door is interchangeable allowing it to be mounted on either side of the enclosure and is fitted with 2 cam locks and a foam gasket. The enclosure is also supplied with a gland plate in the base and a zinc plated mounting plate.<br>IP66 protection<br>Made from sheet steel<br>Outside of enclosure is dipcoat-primed and powder coated (RAL 7035 light grey)<br>Door interchangeable, 130° opening<br>Door fitted with 2 cam locks and foam gasket<br>Pre-punched for wall mounting brackets and interchangeable doors<br><br>Approvals and Certifications<br>**IP66 to EN 60 529/10.91, NEMA Type 4.**<br>**UL, CSA, TUV, VDE** |
| **Devices to be used** | | |
| Exhaust Fan-Rittal | | Complete fan unit for tool-free mounting on surfaces. Air throughput from 20 - 900 m³/h, protection category IP 54 as standard.<br><br>Approvals and Certifications<br>**UR/cUR, UL/cUL- FTTA, CSA, EAC** |
| Service Lights-Hella ECO18 LED / ECO26 LED (Dimmable) | | • Ideal halogen replacement for an easy conversion<br>• Compact size and universal shape<br>• Also available as a reversing light |



| | | |
|---|---|---|
| Circuit Breakers- ABB | | System pro M compact S200M miniature circuit breakers are current limiting. They have two different tripping mechanisms, the delayed thermal tripping mechanism for overload protection and the electromechanic tripping mechanism for short circuit protection. They are available in different characteristics (B,C,D,K,Z), configurations (1P,1P+N,2P,3P,3P+N,4P), breaking capacities (up to 10 kA at 230/400 V AC) and rated currents (up to 63A). All MCBs of the product range S200M comply with IEC/EN 60898-1 and IEC/EN 609 47-2, allowing the use for residential, commercial and industrial applications. Bottom-fitting auxiliary contact can be mounted on S200M to save 50% space.<br><br>Approvals and Certifications<br>**IEC/EN 60898-1, IEC/EN 60947-2, CCC** |
| Busbars- nVent | | • End holes can be used to fix busbar to a support or connect the main input conductor<br>• Heavy-duty power connection<br>• Circuit breaker, generator and prefabricated power network conductor<br>• Alternative to large and multiple cables<br>• Earth/ground connection<br>• Power distribution<br>• Rounded edges<br><br>Approvals and Certifications<br>**UL2885, IEC 60754-1, IEC 62821-2, IEC 60695-2-11 (Glow Wire Test 960°C), IEC 61439.1, IEC 61439.1 Class II, CE, RoHS, EN 45545: HL2 classification, Bureau Veritas (Marine & Offshore),EAC,ABS American Bureau of Shipping** |
| Busbars- Eaton | | Typically used in DC power systems in marine applications (as a main or branch circuit breaker), truck and bus systems, RV systems, add-on protection for accessories, lift gates, etc. This unit is external ignition protected and weatherproof.<br><br>Approvals and Certifications<br>**ABYC E-11; CE; SAE J1171 (ignition protected)** |



| | | |
|---|---|---|
| **SSR- Omron** | For the recent information on models that have been certified for safety standards, refer to your OMRON website. | • Realized about 25% lower profile than conventional products, contributing to further miniaturization of the control panel.<br>• Optimal slim, high frequency, high-speed opening and closing<br>• SSR (solid state relay).<br>• Realized a slim shape with a switching capacity up to 3 A (DC), and 2 A (AC).<br>• Because MOSFET is used for the outlet element for the DC load, opening and closing load of 100 μA to 3 A is possible.<br>• Check operating status at a glance at the operating display LED.<br>• Mounted I/O SSR (solid-state relay) uses plug-in terminals that are difficult to bend when exchanging.<br>• G2RV-SR featuring a general-purpose relay similar in shape to G3RV-SR also available.<br><br>Approvals and Certifications<br>**UL 508 (file No.E64562), TÜV(EN 62314), CE** |
| **Controllers-Procommander 3** | WEIGL<br>ProCOMMANDER | • ProCommander 3: Comprehensive Show Control Solution<br>• Engineered using the highest level of quality standards, this controller supports a wide variety of industry standard I/Os.<br>• 16 digital outputs at 48VDC/500ma<br>• 16 digital inputs OR 8 digital and 8 analog<br>• 3 RS-232 serial ports (1 RS-485 capable with adapter)<br>• 512 channels of DMX in/out<br>• 4 Analog outputs<br>• 4 servo outputs<br>• On-board Ethernet<br>• High power MOSFET Transistors<br>• Mounts in 1/2 rack space<br>• High powered on-board class-D stereo amp<br>• Integrated DMX merger with LTP, HTP modes<br>• Integrated MicroSD storage for audio/timeline data<br>• Battery, solar and charging capable<br>• 8 high powered relays optional<br>• IR remote control available<br><br>Approvals and Certifications<br>**CE, EN** |
| **Contollers- Weigl Pro I/O** | WEIGL<br>Out:00000000<br>A1. 12345678<br>PRO I/O | • Ethernet<br>• WEM-NET<br>• Mini USB<br>• LCD-Display<br>• RS-232<br>• RS-485<br>• DMX-512 In<br>• ArtNet Support<br>• Software configurable<br>• Extensive ASCII-protocol for a wide range of control options<br>• Hardware interface for any kind of pc related control programs<br>• 19" rack mount adapter and Din-rail mount available<br>• Support for Weigl Digital Motor Library (where applicable)<br><br>Approvals and Certifications<br>**CE, EN** |



| | | |
|---|---|---|
| Controllers- DMX Booster 4 | | • DMX distributor with one input and 4 isolated outputs.<br>• Electrical isolation between input and output, and between 4 outputs themselves.<br>• Every DMX output features an independent driver for DMX data (+) & data (-) and shown at each indicator.<br>• DMX booster provides the isolation protection from a malfunction caused by the external DMX input. |
| Controllers- DMX Booster 6 | | • DMX distributor with 1 input and 6 individual output<br>• Electrical isolation between input and output, and between 6 outputs themselves<br>• Every DMX output features an independent for DMX data (+) and data (-) and shown at each indicator<br>• DMX booster provides the isolation protection from a malfunction caused by the external DMX input. |
| Controllers- DMX Driver MR | | • High performance driver with 1W to 3W LED lighting with 4 individual outputs and RJ45 sockets for RGBA<br>• USITT DMX512(1990) multiplexed digital control, via 3-pin Phoenix connectors<br>• 10 position and 6 position  Dip-switches for DMX address, Stand-alone, manual dimming, and output mode<br>• 0-100% fade time and 0.1-30s chasing speed<br>• Built-in programs to have it run by itself<br>• Flicker free<br>• Ability to AC88-132VAC/AC176-264VAC power input standard optional via voltage selector<br>• Power failure memory |
| Controllers- DMX Controller 3 | | • 10-position and 6-position dip switches for DMX address, stand-alone functions, output channels, and manual dimming<br>• USITT-DMX512 (1990) multiplexed digital control, via 3-pin Phoenix connectors or 3-pin XLR connectors<br>• 0-100% fade time and 0.1-30s chasing speed<br>• Built-in programs to have it run by itself<br>• Flicker free<br>• Ability to AC88-132VAC/AC176-264VAC power input standard optional via voltage selector<br>• Power failure memory |



| | | |
|---|---|---|
| Switches and Indicators- IDEC | | The rugged series of TWND switches offers both variety and durability in an attractive design. With button sizes up to 2 9/16" (65mm), chrome plated zinc locking rings, die cast zinc mounting threads, steel anti-rotation rings, and self cleaning contacts, the TWNDs are here to stay. The TWND series also offers LED illumination in full voltage and transformer models. Regardless of your switching needs, the NEW TWND series provides the kind of long lasting, industrial strength quality you've come to expect from IDEC.<br><br>Approvals and Certifications<br>**UL-E68961, CSA, TUV, CE, CCC** |
| Lighting- X-AR160 | | • Rich color changing effect<br>• Very long operation life in excess of 50,000 hours<br>• Low energy consumption 60W<br>• Robust construction suitable for outdoor application<br>• Fully controlled by external RDM/DMX C/C driver |
| Lighting- BLZ-52 | | • High power CreeLED with 50,000 hours operating time. |
| Lighitng- Tapelight - F22A | | • High quality SMD LED chip<br>• UV and flame resistant construction<br>• Extremely flat profile for slimline project<br>• Perfect uniform and even light source with invisible light dots<br>• High illumination<br>• Easily installed<br>• IP68<br>• 5 year life span |



| | | |
|---|---|---|
| Animated Figure-BLVM640NM-GFS, Brushless DC Motor |  | • Wide speed range, flat torque<br>• Great speed regulation<br>• Easy to set speed control<br><br>Approvals and Certifications<br>**CE, RoHS** |



C.  **Price Overview**

**Afro Circus Tent**

| Activities | Man Power | Man hour | Total Man hour | Labor Cost (USD) | Material Cost (USD) |
|---|---|---|---|---|---|
| **Labor** | | | | | |
| Project Manager | 1 pax | 10 hours | 10 hours | 415.80 | |
| Supervisor | 1 pax | 20 hours | 20 hours | 346.96 | |
| Mech. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Elec. Tech | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| Programmer | 1 pax | 24 hours | 24 hours | 250.16 | |
| Installation | 2 pax | 80 hours | 160 hours | 1,667.94 | |
| | | | | | |
| **Materials** | | | | | |
| Show Controls | | | | | |
| Sub-system Control | | | | | 32,029.89 |
| Distribution | | | | | 7,613.94 |
| Controllers | | | | | 17,338.55 |
| Network | | | | | 747.59 |
| Operations Control Console | | | | | 1,234.18 |
| OCC Switches | | | | | 955.45 |
| OCC Indicator | | | | | 375.02 |
| Light Fixtures | | | | | 35,995.12 |
| Wiring and Connectors | | | | | 32,903.57 |
| Animated Figure | | | | | 1,532.95 |
| *Melman Neck Movement* | | | | | *8,165.22* |
| Indirect Cost | | | | | |
| *Office Cost* | | | | | *579.58* |
| *Tarlac Site General Cost (PM, Transportation, Driver, Toll, Daily Allowances, Supervisor, Technician, Programmer)* | | | | | *2,897.91* |
| *Packing Materials to Tarlac Site* | | | | | *144.90* |
| *Import costs of materials, Freight, duties, Taxes* | | | | | *1,747.20* |
| *Product Sample/ Prototype Development cost* | | | | | *1,014.27* |
| Installation Materials | | | | | *2,173.43* |



**Price Summary**

| Floats | Labour cost (USD) | Material Cost (USD) | Indirect Cost (USD) | Installation Materials | Total (USD) |
|---|---|---|---|---|---|
| Afro Circus Tent | 6,016.74 | 138,891.48 | 6,383.86 | 2,173.43 | 153,465.51 |

| | | |
|---|---|---|
| **Total Price- Afro Circus Tent** | **USD** | **153,465.51** |
| **Less Discount** | **USD** | **1,465.51** |
| **Total Amount** | **USD** | **152,000.00** |



**D.   Delivery Terms and Payment**
- Exworks Angeles City Pampanga, Philippines
- Validity: 30 days from the date of this quote.
- Prices in __USD__ exclusive VAT.
- **Payment:**
* 50% upon ordering, within 7 days from date of invoice. Note that the work starts upon receipt of payment.
* 50% upon project completion prior to shipping, within 7 days from date of invoice.
- **Warranty:** 12 months after hand over.
- Components or equipment manufactured by third parties and supplied to the Project will have the original manufacturer's warranty. (like LCD screens, amplifiers, audio control units, loudspeakers, microphones, light equipment (Except LEDs, see above) or special effects equipment). When replacement is needed for any reason, Lagotronics Phil. Inc is not responsible for original manufacturer's delivery time.
- This warranty consists of the pure and simple exchange of parts recognized as being defective or of their reconditioning in a workshop recommended. Lagotronics Phil. Inc should replace any defective part found during the warranty period as promptly as possible. Freight, customs and labor are not included. In case of an extraordinary defect, which requires specialist installation works that cannot be performed by BUYER's maintenance department or cannot be handled through computer (internet connection) assistance and/or phone assistance, Lagotronics Phil. Inc and the Buyer will discuss the optimum way to resolve the issue.
- Lagotronics Phil. Inc shall provide full documentation of the PRODUCT during Factory Acceptance Test (FAT) and within 4 weeks after Site Acceptance Test (SAT) "As build" updates. During set-up and programming we will include a 1-day training for the maintenance personnel on-site to take care of repairs and replacement of equipment.
- The warranty is declared null and void in case that:
    a.        BUYER or third party modifies the EQUIPMENT without Lagotronics Phil. Inc authorization;
    b.        BUYER proceeds to modify, alter or repair a defect without Lagotronics Phil. Inc authorization;
    c.        BUYER fails to take proper and quick action to limit the damage;
    d.        BUYER doesn't grant Lagotronics Phil. Inc the opportunity to remove/remedy the defect.
- Lagotronics Phil. Inc is not responsible under this clause for any defects, which are due to vandalism or BUYER's' non-compliance to material written instructions.
- Lagotronics Phil. Inc warrants that the EQUIPMENT and equipment documentation as delivered shall be free from any and all defects in design, material, fabrication and workmanship, and that the EQUIPMENT and equipment documentation shall confirm to the description, specifications, specific considerations, fabrication criteria, and standards stated herein. Lagotronics Phil. Inc further warrants that the EQUIPMENT shall be of first class quality and fit for the purpose for which intended;
- Assembly work and assembly materials at theme park site are NOT included. The unit will be assembled in Angeles for FAT. Please see separate quote for on-site installation option.
- Any extra work and/or materials will be charged after written permission from the customer in accordance with the applicable rates at the time of commitment/purchase.
- All drawings and/or quotations and/or designs remain the property of Lagotronics Phil. Inc and may not be handed over to third parties for any purpose whatsoever.
    This agreement shall be governed by Philippine Law.


Carlo Görtjes
President



Barry Kern/ Caskey Miller
Blain Kern Artists

**Kern Studios LLC**
**1380 Port of New Orleans Place**
**New Orleans, LA 70130**

**Lagotronics**®
imagine, create, inspire

**Attn. : Barry Kern / Caskey Miller**
**Tel. : +1504-527-0395**
**Tel. : +1504-321-6054**
**Tel. : +1504-442-1394**
**Email:** barry@kernstudios.com
**Email:** caskey@kernstudios.com

**Lagotronics Philippines Inc.:**
Warehouse no. 5
Themebuilders compound
Sitio Cubol, Brgy. Sapalbulad
2009 Angeles City, Pampanga
Philippines

**Contact Details:**
carlo.gortjes@lgholdings.nl
sales@lagotronics.ph
jcb.lagotronics.ph@gmail.com
jdm09.lagotronics.ph@gmail.com
applemiralles1.lagotronics.ph@gmail.com

Tel.:+63 917 176 2378 (PHL)
Mobile No. 0945-346-0692
www.lagotronics.ph
Vat Number: 007-962-147-000 (PHL)

Angeles City, May 20, 2020      Your ID:   Barry Kern          Project: KERN-UBR FLOATS
Order No. 20200520APS01        Our ID:    Carlo Gortjes

## ACKNOWLEDGEMENT AND ACCEPTANCE OF ORDER

We are in receipt of your order as detailed below:

| ITEM NO. | QUOTE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1 | 200331JDM01 | PONIES (A, B, C) | USD 87,300.00 |
| 2 | 200424JDM01 | GLORIA'S BALLOON | USD 76,300.00 |
| 3 | 200424JDM02 | KING JULIEN FLOAT | USD 62,200.00 |
| 4 | 200424JDM03 | MASTER OX FLOAT | USD 39,100.00 |
| 5 | 200424JDM04 | ONION COACH | USD 51,100.00 |
| 6 | 200424JDM05 | MR. PING FLOAT | USD 36,600.00 |
| 7 | 200507JDM01 | YELLOW CART FLOAT | USD 80,400.00 |
| 8 | 200514JDM01 | LANTERN FLOAT | USD 204,500.00 |
| 9 | 200514JDM01 | AFRO CIRCUS TENT | USD 152,000.00 |
| | | SUBTOTAL | USD 789,500.00 |
| | | LESS: 5% DISCOUNT FROM CONTINGENCY | USD 39,475.00 |
| | | SUBTOTAL | USD 750,025.00 |
| | | LESS: EXTRA DISCOUNT | USD 11,501.00 |
| | | **TOTAL AMOUNT** | **USD 738,524.00** |

**PAYMENT TERMS:**

First Payment:          USD 250,000.00 down payment upon ordering, within 7 days from the
                        date of invoice.

Second Payment:         USD 250,000.00 during the first big shipment of parts from Holland to PH
                        which is 2-3 wks from now. Payment should be arrange within 7 days from
                        the date of invoice.

Succeeding Payments:    USD 21,684.00 after hand over of each float, within 7 days from the date
                        of invoice. Hand over refers to the completion of Facility Acceptance Test
                        in PH.



**Declaration:**

By signing below, we/I hereby confirm that all information given above is true and correct. We/I agree to observe and to be bound by the terms and conditions of this Agreement.

_____
Carlo Görtjes
Lagotronics, Phils., Inc. /President

_____
Barry Kern
Kern Studios LLC/President

**Certification:**

I hereby certify this claim is correct and just in all respects and that payment or credit has not been received:

**Judith Buela**
Financial Department
Lagotronics Philippines Incorporated

For any questions regarding this invoice contact Carlo Görtjes +3165312 2579 or Judith Buela +63 45 624 7098

**BANK DETAILS:**

# REDACTION

Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130

Attn. : Barry Kern / Caskey Miller
Tel. : +1504-527-0395
Tel. : +1504-321-6054
Tel. : +1504-442-1394
Email: barry@kernstudios.com
Email: caskey@kernstudios.com



**Lagotronics Philippines Inc.:**
Warehouse no. 5
Themebuilders compound
Sitio Cubol, Brgy. Sapalbulad
2009 Angeles City, Pampanga
Philippines

**Contact Details:**
carlo.gortjes@lgholdings.nl
sales@lagotronics.ph
jcb.lagotronics.ph@gmail.com
jdm09.lagotronics.ph@gmail.com
applemiralles1.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
Mobile No. 0945-346-0692
www.lagotronics.ph
Vat Number: 007-962-147-000 (PHL)

Angeles City, May 20, 2020          Your ID:  Barry Kern          Project: KERN -R&D
Credit Note: 20200520APS01          Our ID:   Carlo Gortjes

| DATE | QUOTE NO. | DESCRIPTION | S.I. NO. | AMOUNT |
|---|---|---|---|---|
| 20-Feb-20 | 190526CG01 | R&D FOR MARCH 2020 | 200220JCB01 | $   9,865.00 |
| 21-Mar-20 | 190526CG01 | R&D FOR APRIL 2020 | 200320JCB01 | $   9,865.00 |
| 23-Apr-20 | 190526CG01 | R&D FOR MAY 2020 | 200423JCB01 | $   9,865.00 |
| | | | **TOTAL AMOUNT** | **$  29,595.00** |

**Certification:**

I hereby certify this claim is correct and just in all respects and that payment or credit has not been received:

**Judith Buela**
Financial Department
Lagotronics Philippines Incorporated

For any questions regarding this invoice contact Carlo Görtjes +31653122579 or Judith Buela +63 45 624 7098

**BANK DETAILS:**

# REDACTION

Kern Studios LLC
1380 Port of New Orleans Place
New Orleans, LA 70130

Attn. : Barry Kern / Caskey Miller
Tel. : +1504-527-0395
Tel. : +1504-321-6054
Tel. : +1504-442-1394
Email: barry@kernstudios.com
Email: caskey@kernstudios.com



**Lagotronics Philippines Inc.:**
Warehouse no. 5
Themebuilders compound
Sitio Cubol, Brgy. Sapalibutad
2009 Angeles City, Pampanga
Philippines

**Contact Details:**
carlo.gortjes@lgholdings.nl
sales@lagotronics.ph
jcb.lagotronics.ph@gmail.com
jdm09.lagotronics.ph@gmail.com
applemiratles1.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
Mobile no. 0945-346-0692
www.lagotronics.ph
Vat Number: 007-962-147-000 (PHL)

| Angeles City, May 15, 2020 | Your ID: | Caskey Miller | Project: KERN-UBR Floats |
|---|---|---|---|
| Invoice: 200515APS04 | Our ID: | Carlo Gortjes | Reference: 200515JDM01 Scope Gap Quote Rev03 |

| Floats | Amount |
|---|---|
| Pony A | USD 3,654.95 |
| Pony B | USD 3,654.95 |
| Pony C | USD 3,654.95 |
| Master Ox Float | USD 3,654.95 |
| Gloria's Balloon | USD 3,654.95 |
| King Julien's Float | USD 3,654.95 |
| Shrek's Yellow Cart | USD 3,654.95 |
| Shreks' Onion coach | USD 3,654.95 |
| Mr. Ping Float | USD 3,654.95 |
| Lantern Float | USD 3,654.95 |
| Afro Circus Tent | USD 3,654.95 |
| Audio Rack (7 units) | USD   567.56 |
| **Total Scope Gap** | **USD 40,772.01** |
| **Less Discount** | **USD   572.01** |
| **TOTAL AMOUNT** | **USD 40,200.00** |

TOTAL AMOUNT for the 50% DP of USD 40,200. 00          **USD 20,100.00**

**TOTAL AMOUNT DUE THIS BILLING**          **USD 20,100.00**

**Certification:**

**I hereby certify this claim is correct and just in all respects and that payment or credit has not been received:**

**Judith Beula**
Financial Department
Lagotronics Philippines Incorporated

For any questions regarding this invoice contact Carlo Görtjes +31653122579 or Judith Buela +63 45 624 7098

**BANK DETAILS:**

# REDACTION

Kern Studios LLC
**1380 Port of New Orleans Place**
**New Orleans, LA 70130**



**Attn. : Barry Kern / Caskey Miller**
**Tel. : +1504-527-0395**
**Tel. : +1504-321-6054**
**Tel. : +1504-442-1394**
**Email:** barry@kernstudios.com
**Email:** caskey@kernstudios.com

**Lagotronics Philippines Inc.:**
Warehouse no. 5
Themebuilders compound
Sitio Cubol, Brgy. Sapalbulad
2009 Angeles City, Pampanga
Philippines

**Contact Details:**
carlo.gortjes@lgholdings.nl
sales@lagotronics.ph
jcb.lagotronics.ph@gmail.com
jdm09.lagotronics.ph@gmail.com
applemiralles1.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
Mobile No. 0945-346-0692
www.lagotronics.ph
Vat Number: 007-962-147-000 (PHL)

| Angeles City,  May 25, 2020 | Your ID: | Caskey Miller | Project: KERN-UBR FLOATS |
| Invoice No: 200520APS03 | Our ID: | Carlo Gortjes | Reference: Order No. 200520APS01 |

**TOTAL AMOUNT OF ORDER CONFIRMATION**          USD 738,524.00

**TOTAL AMOUNT DUE THIS BILLING**          USD 250,000.00

Certification:

I hereby certify this claim is correct and just in all respects and that payment or credit has not been received:

**Judith Buela**
Financial Department
Lagotronics Philippines Incorporated

For any questions regarding this invoice contact Carlo Görtjes +31 653122579 or Judith Buela +63 45 624 7098

**BANK DETAILS:**

REDACTION