# EXHIBIT 3

**Kern Studios LLC**
**1380 Port of New Orleans Place**
**New Orleans, LA 70130**

**Attn. : Barry Kern / Caskey Miller**
**Tel. : +1504-527-0395**
**Tel. : +1504-321-6054**
**Tel. : +1504-442-1394**
**Email:** barry@kernstudios.com
**Email:** caskey@kernstudios.com

**Lagotronics**
imagine, create, inspire

Lagotronics Philippines Inc.:
Warehouse no. 5
Themebuilders compound
Sitio Cubol, Brgy. Sapalbutad
2009 Angeles City, Pampanga
Philippines

Contact Details:
carlo.gortjes@lgholdings.nl
sales@lagotronics.ph
jcb.lagotronics.ph@gmail.com
jdm09.lagotronics.ph@gmail.com
applemiralles1.lagotronics.ph@gmail.com

Tel.: +63 917 176 2378 (PHL)
Mobile No. 0945-346-0692
www.lagotronics.ph
Vat Number: 007-962-147-000 (PHL)

Angeles City, May 20, 2020
Order No. 20200520APS01

Your ID:  Barry Kern
Our ID:   Carlo Gortjes

Project: KERN-UBR FLOATS

## ACKNOWLEDGEMENT AND ACCEPTANCE OF ORDER

We are in receipt of your order as detailed below:

| ITEM NO. | QUOTE NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1 | 200331JDM01 | PONIES (A, B, C) | USD 87,300.00 |
| 2 | 200424JDM01 | GLORIA'S BALLOON | USD 76,300.00 |
| 3 | 200424JDM02 | KING JULIEN FLOAT | USD 62,200.00 |
| 4 | 200424JDM03 | MASTER OX FLOAT | USD 39,100.00 |
| 5 | 200424JDM04 | ONION COACH | USD 51,100.00 |
| 6 | 200424JDM05 | MR. PING FLOAT | USD 36,600.00 |
| 7 | 200507JDM01 | YELLOW CART FLOAT | USD 80,400.00 |
| 8 | 200514JDM01 | LANTERN FLOAT | USD 204,500.00 |
| 9 | 200514JDM01 | AFRO CIRCUS TENT | USD 152,000.00 |
| | | SUBTOTAL | USD 789,500.00 |
| | | LESS: 5% DISCOUNT FROM CONTINGENCY | USD 39,475.00 |
| | | SUBTOTAL | USD 750,025.00 |
| | | LESS: EXTRA DISCOUNT | USD 11,501.00 |
| | | **TOTAL AMOUNT** | **USD 738,524.00** |

**PAYMENT TERMS:**

First Payment:  USD 250,000.00 down payment upon ordering, within 7 days from the date of invoice.

Second Payment:  USD 250,000.00 during the first big shipment of parts from Holland to PH which is 2-3 wks from now. Payment should be arrange within 7 days from the date of invoice.

Succeeding Payments:  USD 21,684.00 after hand over of each float, within 7 days from the date of invoice. Hand over refers to the completion of Facility Acceptance Test in PH.



**Declaration:**

By signing below, we/I hereby confirm that all information given above is true and correct. We/I agree to observe and to be bound by the terms and conditions of this Agreement.

_____
Carlo Görtjes
Lagotronics, Phils., Inc. /President

_____
Barry Kern
Kern Studios LLC/President

**Certification:**

I hereby certify this claim is correct and just in all respects and that payment or credit has not been received:

**Judith Buela**
Financial Department
Lagotronics Philippines Incorporated

For any questions regarding this invoice contact Carlo Görtjes +31 653122579 or Judith Buela +63 45 624 7098

**BANK DETAILS:**

# REDACTION