**EXHIBIT 4**

**Kern Studios LLC**
**1380 Port of New Orleans Place**
**New Orleans, LA 70130**

**Attn. : Barry Kern / Caskey Miller**
Tel. : +1504-527-0395
Tel. : +1504-321-6054
Tel. : +1504-442-1394
Email: barry@kernstudios.com
Email: caskey@kernstudios.com



**Lagotronics Philippines Inc.:**
Warehouse no. 5
Themebuilders compound
Sitio Cubol, Brgy. Sapalibutad
2009 Angeles City, Pampanga
Philippines

**Contact Details:**
carlo.gortjes@lgholdings.nl
sales@lagotronics.ph
jcb.lagotronics.ph@gmail.com
jdm09.lagotronics.ph@gmail.com
applemiralles1.lagotronics.ph@gmail.com

Tel.: +63 45 624 7098
Mobile No. 0945-346-0692
www.lagotronics.ph
Vat Number: 007-962-147-000 (PHL)

**SCHEDULE OF RECEIVABLE - KERN STUDIOS LLC**
**AS OF MAY 12, 2022**

## STATEMENT OF ACCOUNT

| DATE | QUOTATION / P.O NO. | SALES INVOICE | DESCRIPTION | INV. AMOUNT | COLLECTION | BANK CHARGE | TOTAL INWARD REMITTANCE | TOTAL BALANCE |
|---|---|---|---|---|---|---|---|---|
| 25-May-20 | 200520APS01 | 200520APS03 | KERN -UBR FLOAT DP OF ORDER OF CONFIRMATION -1st collection | $ 250,000.00 | $ 250,000.00 | $ (18.00) | $ 249,982.00 | $ - |
| 15-Jun-20 | 200520APS01 | 200615APS01 | KERN-UBR FLOAT_2nd Invoice of Order Confirmation -1st payment | $ 250,000.00 | $ 250,000.00 | $ (54.00) | $ 249,946.00 | $ - |
| 26-Jul-20 | 200626JDM01 | 200722APS01 | KERN-UBR FLOAT Scope Gap | $ 5,940.00 | | | $ - | $ 5,940.00 |
| 30-Jul-20 | 200727JMD01 | 200730APS01 | KERN-UBR FLOAT -Light Change Order Quote Rev01 (Pony) 50% DP | $ 5,535.00 | | | $ - | $ 11,475.00 |
| 30-Jul-20 | 200723JMD01 | 200730APS02 | KERN-UBR FLOAT - Pony Mounting for Boxes | $ 4,500.00 | | | $ - | $ 15,975.00 |
| 30-Aug-20 | 200727JMD01 | 200830APS01 | KERN-UBR FLOATS -Light Change Order Quote Rev01 (Pony) 2nd Billing | $ 4,500.00 | | | $ - | $ 20,475.00 |
| 30-Aug-20 | 200723JMD01 | 200830APS02 | KERN-UBR FLOAT - Pony Mounting for Boxes 2nd Billing | $ 5,535.00 | | | $ - | $ 26,010.00 |
| 31-Aug-20 | 200827JDM01 | 200831APS01 | KERN-UBR FLOAT - UBR Floats Overview3.xlxs | $ 232,359.01 | $ 100,000.00 | $ (18.00) | $ 99,982.00 | $ 158,369.01 |
| 05-Jul-21 | | | INWARD REMITTANCE NO. 1 - UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 157,369.01 |
| 14-Jul-21 | | | INWARD REMITTANCE NO. 2 - UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 156,369.01 |
| 19-Jul-21 | | | INWARD REMITTANCE NO. 3 - UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 155,369.01 |
| 26-Jul-21 | | | INWARD REMITTANCE NO. 4 - UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 154,369.01 |
| 03-Aug-21 | | | INWARD REMITTANCE NO. 5 - UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 153,369.01 |
| 23-Aug-21 | | | INWARD REMITTANCE NO. 6 - UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 152,369.01 |
| 27-Sep-21 | | | INWARD REMITTANCE NO. 7- UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 151,369.01 |
| 04-Oct-21 | | | INWARD REMITTANCE NO. 8- UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 150,369.01 |
| 13-Oct-21 | | | INWARD REMITTANCE NO. 9- UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 149,369.01 |
| 02-Nov-21 | | | INWARD REMITTANCE NO. 10- UBR FLOAT PROJECT | | $ 1,000.00 | $ (18.00) | $ 982.00 | $ 148,369.01 |
| | | | ADD BANK CHARGES | | | | $ | 270.00 |
| | | | | $ 758,369.01 | $ 610,000.00 | $ (270.00) | $ 609,730.00 | $ 148,639.01 |