**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: LAGOTRONICS PHILIPPINES INC., Warehouse No. 5 Themebuilders Compound Sitio Cubol, Brgy, Sapalibutad 2009 Angeles City, Pampanga Philippines

Address of Defendant: KERN STUDIOS, LLC, 1380 Port of New Orleans Place New Orleans, LA 70130

Place of Accident, Incident or Transaction: Angeles City, Pampanga Philippines

---

*RELATED CASE IF ANY:*
Case Number:_____ Judge:_____ Date Terminated_____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes [ ]   No [X]
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?   Yes [ ]   No [X]
3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?   Yes [ ]   No [X]
4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?   Yes [ ]   No [X]

I certify that, to my knowledge, the within case [ ] **is** / [X] **is not** related to any now pending or within one year previously terminated action in this court except as note above.

DATE: _____    /s/ Jonathan H. Rudd    56880
              *Attorney-at-Law (Must sign above)*    *Attorney I.D. # (if applicable)*

---

**Civil (Place a √ in one category only)**

A.  *Federal Question Cases:*
[ ] 1. Indemnity Contract, Marine Contract, and All Other Contracts
[ ] 2. FELA
[ ] 3. Jones Act-Personal Injury
[ ] 4. Antitrust
[ ] 5. Wage and Hour Class Action/Collective Action
[ ] 6. Patent
[ ] 7. Copyright/Trademark
[ ] 8. Employment
[ ] 9. Labor-Management Relations
[ ] 10. Civil Rights
[ ] 11. Habeas Corpus
[ ] 12. Securities Cases
[ ] 13. Social Security Review Cases
[ ] 14. Qui Tam Cases
[ ] 15. All Other Federal Question Cases. *(Please specify)*:_____

B.  *Diversity Jurisdiction Cases:*
[X] 1. Insurance Contract and Other Contracts
[ ] 2. Airplane Personal Injury
[ ] 3. Assault, Defamation
[ ] 4. Marine Personal Injury
[ ] 5. Motor Vehicle Personal Injury
[ ] 6. Other Personal Injury *(Please specify)*:_____
[ ] 7. Products Liability
[ ] 8. All Other Diversity Cases: *(Please specify)*_____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

[ ] Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: _____    _____    _____
              *Attorney-at-Law (Sign here if applicable)*    *Attorney ID # (if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.