IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAGOTRONICS PHILIPPINES INC.** | : : | |
| v. | : : | CIVIL ACTION |
| | : | NO. 24-921 |
| **KERN STUDIOS, LLC** | : : | |

## ORDER

**AND NOW**, this 4th day of June 2024, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that the plaintiff has failed to make service on the defendant **KERN STUDIOS, LLC** in this case within 90 days of the filing of the amended complaint, it is hereby **ORDERED** that the plaintiff must docket proof of service by June 10, 2024.

This Order also serves as notice to the plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if the plaintiff fails to file proof of service by April 10, 2024, without showing good cause for such failure, the court must dismiss without prejudice the case against any unserved defendants.

It is so **ORDERED**.

BY THE COURT:

    s/ANITA B. BRODY, J.
ANITA B. BRODY, J.