AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-921

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kern Studios, LLC was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* Served by certified mail return receipt requested on March 9, 2024, in accordance with Fed.R.Civ.P. 4(h)(1)(A) and Pa.R.Civ.P. 403 and 404.  See attached PS Form 3811.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6/4/2024

/s/ Jonathan H. Rudd
*Server's signature*

Jonathan H. Rudd
*Printed name and title*

100 Pine Street, Harrisburg, PA 17101
*Server's address*

Additional information regarding attempted service, etc:

**USPS TRACKING #**

9590 9266 9904 2182 6420 76

United States Postal Service®

• Sender: Please print your name, address and ZIP+4® below •

MCNEES WALLACE & NURICK LLC
100 PINE STREET
PO BOX 1166
HARRISBURG PA 17108-1166

Atty (#114) J. Rudd

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2182 6420 76

1. Article Addressed to: KERN STUDIOS, LLC
Attn: Barry Kern
1380 Port of New Orleans Place
New Orleans, LA 70130

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2182 6420 73

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Durell Barnes_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Durell Barnes
C. Date of Delivery: 03/09/24

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
If YES, enter delivery address below:

3. Service Type:
☒ Certified Mail

Reference Information
Client No. 82904-0001
J. Rudd (Atty #114)